DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAVIS McBRIDE, MAVIS McBRIDE, AS TRUSTEE OF THE MAVIS McBRIDE REAL PROPERTY REVOCABLE TRUST** and **CHRISTOPHER WENTWORTH VIRTUE** a/k/a **CHRISTOPHER VIRTUE,**
Appellants,

v.

**DITECH FINANCIAL, LLC** f/k/a **GREEN TREE SERVICING, LLC,**
Appellee.

No. 4D16-3118

[September 20, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 2015-CA-020812 (11).

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Kimberly Hopkins of Shapiro, Fishman & Gaché, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***